CLERK, U.S. DISTRICT COURT, SOUTHERN
DISTRICT OF MISSISSIPPI, WALTHAL,
COUNTY, E.T.C.

P.I                Vs. Keith Penton #241939
                CAUSE NO: 3:25-CV-00204

EXIBIT #A  IN ABOUE Case

---

(P) OFFENDER

Kith Penton #241939
C.M.C.F.
P.O. BOX 88550
Pearl, MS
        39288-8550

To: MISS U.S.D.C.
    Clerk
501 E Court St. STE.
2,500
Jackson, MS
        39201

---

THIS IS A EUIDENCE OF A PETITION
TO SHOW, WHILE BEING HOUSED IN
AlSO the WAlthal COUNTY Jail TO }WRIT
I WAS INCRIMINATED, AND ThREATEN, BY THE
Walthal COUNTY DISTRICT Attorney OFFice
AND CIRCuit Court Judge, Which AlSO
WAS A 5th AmenD Right, U.S. CONSTITUTION Right
ViOlation, E.T.C. 6th AmenD Right's WAS AlSO
ViOlated See P. 2 OF Z

CLERK, OF U.S. DIStrict Court SOuthern
DIStrict OF MissISS IPPI, & WAlthal
County E.T.C. Vo Keith Penton #24193

CAUSE NO. 3:25 C-U-00204

P.2 OFZ
EXiBit "A Evidence

6th Amend Violation Witnesses
WAS'NOT CONFronteD, my Attorney
Also WAS INFFeeteD Asst OF
COUNSel, whom DiD'NOT Follow

DUE Process OF the U.S. LAW's

AND U.S. CONStitutional, Rights
OF A UNiteD State's citizes's,
Please Have A Brief Hearing

ARRangeD IN this StYle AND
CASE Above Dear U.S. State's
DIStrict Court JuDge,

See P.3 OF 2 Closeing

# CERTIFICATE OF SERVICE P. 3 OF 2

THIS, CORRESPONSE HAS BEEN RESPectfully

Summitted THIS THE 15th DAY OF APril 2025

X _Keith Penton_

4- ■ -15-2025