United States District Court
Southern District of Mississippi
Northern Division

Keith Penton #241939                                Plaintiff

Versus                                Civil Action no. 3:25 cv 204-KHJ MTP

The City of Pearl
  &
The Pearl Police Department                         Defendant

I'm filing a suit against the city of Pearl, MS and the city of Pearl Police Department for reasons The city of Pearl, MS Cheif of police and multiple officers for violating my civil Rights. I was tazed by the chief's daughter then the chief kicked me down on the ground and choked me out and then Handcuffed me and took me under the Bridge He Also Asked me if I Remembered George Floyd while under the Bridge a ambulance was there waiting for us, which everything I've stated so far should be on camera. The person E.M.T. on the Ambulance as I woke up was telling the cheif I was awake, they had a needle in there hand at that time for what I Don't know he was just coming toward me. Then the chief Drug me out of the ambulance hit me and kicked me some more. Then the chief of police put me Back in his car. We proceeded to the pearl police Department. While at the police Department I was being processed they told me to take off my Jewelry as I was doing so the chief of Police came in and punched me in my face then the other officers joined in they Beat me out of my clothes and also Broke my wrist. Afterwards Walthall county police came and they Brought me out of the station naked. He said you can't put him in my car like that and took Photos His name is

officer Advisor ... Setinburry. He also said peart police had no Right to do me like this. He then made them give me some clothing, and then we proceeded to walthall county Police Department when we arrived I asked for medical Attention and they Refused me. The next morning they took me to court. My Attorney Micheal Crosby met me and he said I shouldn't have even been at court Because I needed medical attention. While there I pled not guilty to my charge. Also in September of 2022 I asked for a venue change because the person I shot family members worked in that Courthouse for over 20 yrs. the judge pulled down his glasses and said he didn't know what I was talking about and Refused my change of venue. Also no one told about justifible Homacide or self Defense Laws. So In november I pled guilty to involuntary manslaugter in November 2022. The judge asked if I was threatened I told him yes the District Attorney did so then At that point he denied my plea and gave me 2nd degree murder which should've been justifible Homacide I seen 3 people killed in the County jail and I was scared and figured it would be easier to fight it from here. Which I've sued Walthall county and won my case for not taking me to the Hospital for medical Attention. So I'm Asking for someone to look over my files for September 2022 + November 2022 please my lawyer had made a deal with the D.A. and didn't want to fight for me. I'm currently incarcerated at C.M.C.F. and trying to prove my innocense thank you and please Help

Mr Keith Penton

I've also been trying to contact inter affairs, NAACP, and Department of Justice and also Anyone else that can help with my case. My Question to this is can Anyone in the Courts help me with this legal counselor or someone I've tried to contact these people and have had no Return Contact Back — Thank you

Keith Penton    July 6TH, 2025